GLENN R. KANTOR, State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
ALAN E. KASSAN, State Bar No. 113864
 E-mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272  (FAX)

Attorneys for Plaintiff,
MOSETTE KNIGHT

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSETTE M. KNIGHT,<br><br>    Plaintiff,<br><br>    VS.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant.<br>_____ | CASE NO: 07-CV-01691-WBS-EFB<br><br>[*Hon. William B. Shubb* - Ctrm 5]<br><br>PLAINTIFF'S REQUEST TO CONTINUE ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER<br><br>OLD DATE: November 5, 2007<br>NEW DATE: January 14, 2008<br>TIME: 2:00 p.m.<br>CTRM: 5 |

Plaintiff originally filed her Complaint on August 17, 2007.  On the same day, the Court issued an Order Setting Status (Pretrial Scheduling) Conference for November 5, 2007.  Defendant has not been served with the original Complaint.

On October 22, 2007, Plaintiff filed her First Amended Complaint.  Plaintiff is now in the process of serving the Amended Complaint this week.

1

1  Plaintiff hereby requests that the Status (Pretrial Scheduling) Conference be
2  rescheduled to January 14, 2008, which would give Defendant enough notice of the
3  upcoming Status Conference.

5  DATED: October 24, 2007                    KANTOR & KANTOR, LLP

7                                      By:    */s/ Alan E. Kassan*
8                                             Alan E. Kassan
                                               Attorney for Plaintiff
9                                             Mosette M. Knight

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   October 29, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2