GLENN R. KANTOR, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
ALAN E. KASSAN, State Bar No. 113864
  E-mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272  (FAX)

Attorneys for Plaintiff,
MOSETTE KNIGHT

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSETTE M. KNIGHT,<br><br>    Plaintiff,<br><br>   VS.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant.<br>_____ | CASE NO: 07-CV-01691-WBS-EFB<br><br>[*Hon. William B. Shubb* - Ctrm 5]<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY<br><br>DATE: February 4, 2008<br>TIME: 2:00 p.m.<br>CTRM: 5 |

   IT IS HEREBY ORDERED that Plaintiff can appear telephonically for Defendant's Motion to Dismiss and Motion to Strike hearing scheduled on February 4, at 2:00 p.m.

   The Court shall initiate the telephone conference call at a telephone number to be provided to the courtroom deputy by plaintiff's counsel.

DATED:   January 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

On January 25, 2008, I served the foregoing document described as: [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY in this action by serving a true copy thereof addressed as follows:

Shawn Hanson
Katherine S. Ritchey
Emily E. Booth
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

[X]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by Now Messenger to the offices of the addressee.

[ ]   (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]   (BY E-MAIL SERVICE) I also caused the above-referenced document to be e-mailed to the above named person.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 25, 2008, Northridge, California.

_____
Tinee Parell