Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE  COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOSETTE M. KNIGHT,**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>            **Defendant.** | Case No. 07-CV-01691-WBS-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DISCOVERY AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:  March 10, 2008**<br>**Time:  2:00 p.m.**<br>**Judge: The Honorable William B. Shubb** |

WHEREAS, the parties are pursing informal settlement negotiations and are attempting to set a mediation in April, the parties request the Court to defer discovery on the issue of whether the governmental plan exemption applies until after the mediation and to consequently set a new deadline for Summary Judgment Motion to July 15, 2008.  In addition, the parties believe that a Case Management Conference will be more productive in connection with the anticipated motion and therefore further request that the Court continue the Case Management Conference until the first available date of the hearing on the motion, August 4, 2008.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that the deadline for completing discovery on the governmental

exemption issue is July 15, 2008 and next Case Management Conference will be held **August 11, 2008 at 2:00 P.M.**

Dated: February 28, 2008         Respectfully submitted,

Jones Day

By: /s/ Emily E. Booth

Counsel for Defendant
STANDARD INSURANCE COMPANY

Dated: February 28, 2008         Kantor & Kantor, LLP

By: /s/ Alan E. Kassan (as authorized on 2/28/08)

Counsel for Plaintiff
MOSETTE KNIGHT

**IT IS SO ORDERED.**

Dated: February 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE