1  Glenn R. Kantor, State Bar No. 122643
     E-mail: gkantor@kantorlaw.net
2  Alan E. Kassan, State Bar No. 113864
     E-mail: akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone #: (818) 886-2525
5  Facsimile #:  (818) 350-6272

6  Attorneys for Plaintiff
   MOSETTE KNIGHT
7

8  Shawn Hanson, State Bar No. 109321
     E-mail: shanson@jonesday.com
9  Katherine S. Richey, State Bar No. 178409
     E-mail: ksritchey@jonesday.com
10 Emily E. Booth, State Bar No. 248008
     E-mail: ebooth@jonesday.com
11 JONES DAY
   555 California Street, 26th Floor
12 San Francisco, CA 94104
   Telephone #: (415) 626-3939
13 Facsimile #:  (415) 875-5700

14 Attorneys for Defendant
   STANDARD INSURANCE COMPANY
15

16                UNITED STATES DISTRICT COURT

17                EASTERN  DISTRICT OF CALIFORNIA

18

19 MOSETTE M. KNIGHT,              )   CASE NO: 07-CV-01691-WBS-EFB
                                   )
20          Plaintiff,             )   [*Hon. William B. Shubb* - Ctrm 5]
                                   )
21     vs.                         )
                                   )   ORDER RE STIPULATION FOR
22 STANDARD INSURANCE              )   DISMISSAL WITH PREJUDICE
   COMPANY,                        )
23                                 )
            Defendant.             )
24 _____ )

25

26

27

28

                                1

1   IT IS HEREBY ORDERED, PURSUANT TO STIPULATION OF PARTIES,
2   that the above-referenced case be, and the same hereby is, dismissed with prejudice,
3   with the parties to bear their own separate expenses, costs, and attorneys' fees.

5   DATED: June 18, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE